**No. 58120.**—Bernstein & Skolnick, Inc., and Airport Clearance Service et al. *v.* United States, protests 179747–K, etc.   (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of Abstract 57645, the items marked "A" were held dutiable at 45 percent under paragraph 1529 (a), as modified by T. D. 51802, and the items marked "B" were held dutiable at 32½ percent under said paragraph, as modified by T. D. 52739.

BEFORE THE THIRD DIVISION, MAY 20, 1954

**No. 58121.**—Atlantic Spice Corp. et al. *v.* United States, protests 175657–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

MAY 14, 1954

**No. 58122.**—H. A. Wood *v.* United States, protest 176678–K. Motion of Government for rehearing denied.

MAY 17, 1954

**No. 58123.**—SUIT 4725.—Garcia & Vega, Inc. *v.* United States.— C. D. 1378 reversed November 2, 1953, it having been stipulated by counsel that the facts and issues relating to the refunds of duties claimed by appellant herein are the same as those claimed in Henry Clay and Bock & Co., Ltd. *v.* United States, suit 4724, decided June 3, 1953 (C. A. D. 527).   (No C. A. D. number will be assigned to suit 4725.)